# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLINA YOUNG,**<br>3510 S. Halloway<br>Upper Marlboro, MD 20772<br><br>    Plaintiff,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br>c/o M. Richard Coel<br>Office of General Counsel<br>600 Fifth Street, NW<br>Washington, D.C. 20001<br><br>    Defendant. | **CASE NO.:** |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

To the Judges of the United States District Court for the District of Columbia:

1. On or about November 9, 2018, Plaintiff, *pro se*, filed her Complaint in the Superior Court of the District of Columbia, Civil Division, titled *Young v. WMATA*, Case No. 2018 CA 007897 B. In this Complaint, Plaintiff sued Defendant Washington Metropolitan Area Transit Authority ("WMATA") alleging three counts of alleged violations of Title VII of the Civil Rights Act of 1964, 42. U.S.C. § 2000e, *et seq.*, *as amended*. The Summons and Complaint are attached hereto and adopted herein as *Exhibit 1*.

2. The first time WMATA was served with any papers related to *Young v. WMATA*, Case No. 2018 CA 007897 B, was when the Summons and Complaint was received by WMATA via certified mail on November 26, 2018.

3.  *Exhibit 1*, coupled with Plaintiff's Motion to Proceed *In Forma Pauperis* and the court's Order denying Plaintiff's Motion attached as Exhibit *2*, constitute the complete record in this case.

4.  This is a civil action over which this Court has original jurisdiction, pursuant to the interstate compact among the District of Columbia, Maryland, and Virginia, which was approved by Congress.  *See* Pub. L. No. 89-774; D.C. Code Ann. § 9-1107.10 (specifically granting original jurisdiction over suits against WMATA to the United States District Court); *see also* 28 U.S.C. § 1331.

5.  Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to Plaintiff at his address of record.  This Notice is attached hereto and adopted herein as *Exhibit 3*.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia, Civil Division be removed to this Court.

Dated: December 7, 2018

                                              Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

 */s/ M. Richard Coel*
M. Richard Coel (DC Bar No. 1005236)
Office of General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, NW
Washington, DC 20001
T: (202) 962-6096
F: (202) 962-2550
E: RCoel@wmata.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was: (i) electronically served on all counsel of record and persons who have appeared in this case via the Court's CM/ECF system; and (ii) on this 7th day of December, 2018, sent via first class mail, postage pre-paid to the following individual(s):

  Carolina Young
  3510 S. Halloway
  Upper Marlboro, MD 20772

  *Plaintiff, pro se*

           /s/ M. Richard Coel
           M. Richard Coel